SEDGWICK, DETERT, MORAN & ARNOLD LLP
GREGORY C. READ  Bar No. 49713
gregory.read@sdma.com
MICHAEL L. FOX  Bar No. 173355
michael.fox@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

MARTIN, PRINGLE, OLIVER, WALLACE & BAUER, L.L.P.
Michael G. Jones, Admitted *Pro Hac Vice*
mgjones@martinpringle.com
500 Bank of America Center
100 N. Broadway
Wichita, Kansas 67202
Telephone: (316) 265-9311
Facsimile:  (316) 265-2955

Attorneys for Defendant
HAWKER BEECHCRAFT CORPORATION,
fka Raytheon Aircraft Company and Beech Aircraft

**E-Filed 7/30/2009**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YOSHIO KATO and SACHIKO KATO, individually and as surviving heirs of decedent, YOSHIYUKI KATO,<br><br>Plaintiffs,<br><br>v.<br><br>HAWKER BEECHCRAFT CORP., BEECH AIRCRAFT CORP., RAYTHEON AIRCRAFT COMPANY, LYCOMING ENGINES, CALIFORNIA IN NICE, INC., dba NICE AIR, ALPS INTERNATIONAL EXCHANGE, INC., dba ALPS NICE AIR; ALPS INTERNATIONAL CORP., and DOES 1-200, inclusive,<br><br>Defendants. | CASE NO. C09-00616 JF<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE GARA HEARING AND FURTHER CASE MANAGEMENT CONFERENCE TO OCTOBER 16, 2009** |

SF/1615082v1

CASE NO. C09-00616 JF
STIPULATION AND [PROPOSED] ORDER CONTINUING THE GARA HEARING AND
FURTHER CASE MANAGEMENT CONFERENCE TO OCTOBER 16, 2009

1    WHEREAS, at the Case Management Conference on July 24, 2009, the Court scheduled the hearing date for Hawker Beechcraft's GARA motion to 9:00 am on October 9, 2002, with a further Case Management Conference to follow, in Courtroom 3, 5th Floor, 280 South 1st Street, San Jose, California.

WHEREAS, the parties have stipulated that due to pre-existing scheduling conflicts, the hearing on Hawker Beechcraft's GARA motion and further Case Management Conference be continued to 9:00 am on Friday, October 16, 2009.

WHEREFORE, IT IS HEREBY ORDERED that:

The hearing on Hawker Beechcraft's GARA motion shall be re-scheduled to **Friday, October 16, 2009**, at **9:00 a.m.**, in Courtroom 3, 5th Floor, 280 South 1st Street, San Jose, California, with the further Case Management Conference to follow.

IT IS SO ORDERED.

Dated: 7/30/2009                              _____
                                                      HONORABLE JEREMY FOGEL

SO STIPULATED:

DATED:  July 27, 2009          THE BRANDI LAW FIRM


                               By: /s/ Thomas J. Brandi
                                   Thomas J. Brandi
                                   Attorneys for Plaintiffs
                                   SACHIKO KATO and YOSHIO KATO


DATED:  July 27, 2009          KERN AND WOOLEY LLP


                               By: /s/ Peter T. Kirchen
                                   Peter Thomas Kirchen
                                   Attorneys for Defendant
                                   CALIFORNIA IN NICE, INC

| | | |
|---|---|---|
| 1 | DATED:  July 27, 2009 | THE RYAN LAW GROUP |
| 2 | | |
| 3 | | By: /s/ Timothy J. Ryan<br>    Timothy J. Ryan<br>    Attorneys for Defendant |
| 4 | |     LYCOMING ENGINES |
| 5 | | |
| 6 | DATED:  July 27, 2009 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 7 | | |
| 8 | | By: /s/ Gregory C. Read<br>    Gregory C. Read<br>    Attorneys for Defendant |
| 9 | |     HAWKER BEECHCRAFT CORPORATION |
| 10 | | |
| 11 | DATED:  July 27, 2009 | MARTIN, PRINGLE, OLIVER, WALLACE<br>& BAUER, L.L.P. |
| 12 | | |
| 13 | | By: /s/ Michael G. Jones<br>    Michael G. Jones<br>    Of Counsel for Defendant |
| 14 | |     HAWKER BEECHCRAFT CORPORATION |

SF/1615082v1

2    CASE NO. C09-00616 JF
STIPULATION AND [PROPOSED] ORDER CONTINUING THE GARA HEARING AND
FURTHER CASE MANAGEMENT CONFERENCE TO OCTOBER 16, 2009