UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

YOSHI KATO, et al.

                CASE NO. C09-00616 JF

        Plaintiff(s),

    v.                      STIPULATION AND [PROPOSED]
HAWKER BEECHCRAFT CORP., et al.    ORDER SELECTING ADR PROCESS

        Defendant(s).
_____/

        Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓       Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
        Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓       the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: 7/24/09

                                      Attorney for Plaintiff(s)

Dated: _____

                                      SEE ATTACHED SIGNATURES
                                      Attorney for Defendant

SIGNATURE ATTACHMENT RE:

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

*Yoshi Kato, et al. v. Hawker Beechcraft Corp., et al.*
USDC Case No.: C09-00616 JF

Dated: July 2/, 2009

SEDGWICK, DETERT, MORAN
& ARNOLD LLP

And

MARTIN, PRINGLE, OLIVER,
WALLACE & BAUER LLP

By: _____
Gregory C. Read
Attorney for Defendant HAWKER
BEECHCRAFT CORPORATION, fka
Raytheon Aircraft Company and
Beach Aircraft

Dated: July ____, 2009

THE RYAN LAW GROUP

By: _____
Timothy J. Ryan
Attorneys for Defendant LYCOMING
ENGINES

Dated: July 22, 2009

KERN AND WOOLEY OOP

By: _____
Peter T. Kirchen
Attorneys for Defendant CALIFORNIA
IN NICE, INC. dba NICE AIR

334911

SIGNATURE ATTACHMENT RE:

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

*Yoshi Kato, et al. v. Hawker Beechcraft Corp., et al.*
USDC Case No.: C09-00616 JF

Dated: July ____, 2009          SEDGWICK, DETERT, MORAN
                                & ARNOLD LLP

                                And

                                MARTIN, PRINGLE, OLIVER,
                                WALLACE & BAUER LLP

                                By:_____
                                    Gregory C. Read
                                Attorney for Defendant HAWKER
                                BEECHCRAFT CORPORATION, fka
                                Raytheon Aircraft Company and
                                Beach Aircraft

Dated: July 22, 2009            THE RYAN LAW GROUP

                                By:_____
                                    Timothy J. Ryan
                                Attorneys for Defendant LYCOMING
                                ENGINES

Dated: July ____, 2009          KERN AND WOOLEY OOP

                                By:_____
                                    Peter T. Kirchen
                                Attorneys for Defendant CALIFORNIA
                                IN NICE, INC. dba NICE AIR

334911

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        \_\_\_ Non-binding Arbitration
        \_\_\_ Early Neutral Evaluation (ENE)
    XX Mediation
        \_\_\_ Private ADR

    Deadline for ADR session
    XX 90 days from the date of this order.
        \_\_\_ other

IT IS SO ORDERED.

Dated: 7/30/09

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT