1  THE BRANDI LAW FIRM
   THOMAS J. BRANDI #53208
2  BRIAN J. MALLOY #234882
3  354 Pine Street, Third Floor
   San Francisco, CA 94104
4  Telephone: (415) 989-1800
   Facsimile: (415) 989-1801
5
6  Attorneys for Plaintiffs
   YOSHIO KATO and SACHIKO KATO
7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                    SAN JOSE DIVISION
12
13
14 YOSHIO KATO and SACHIKO KATO,     ) Case No. C09 00616 JF
   individually and as surviving heirs of )
15 decedent, YOSHIYUKI KATO;         )
                                     )
                                     ) **STIPULATION AND**
16         Plaintiffs,                ) **[PROPOSED] ORDER TO**
                                     ) **EXTEND THE DEADLINE FOR**
17 v.                                ) **CONDUCTING MEDIATION**
                                     )
18                                   )
   HAWKER BEECHCRAFT CORP.;          )
19 BEECH AIRCRAFT CORP.;             )
   RAYTHEON AIRCRAFT COMPANY;        )
20 LYCOMING ENGINES; CALIFORNIA      )
   IN NICE, INC. dba NICE AIR, ALPS  )
21 INTERNATIONAL EXCHANGE, INC.      )
   dba ALPS NICE AIR;  ALPS          )
22 INTERNATIONAL CORP., and DOES     )
23 1-200, inclusive,                 )
                                     )
24         Defendants.                )
25
26
27
28

                              1
STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR CONDUCTING MEDIATION

**STIPULATION**

The parties had an initial conference call with mediator Robert Epstein on September 8, 2009 and discussed the status of discovery and optimum time for mediation. Pursuant to ADR Local Rule 6-5, the parties respectfully request that the Court continue the deadline for conducting mediation from the current deadline of October 28, 2009 up to and including December 31, 2009. Good cause exists to continue the deadline because discovery that needs to be completed prior to a productive mediation will likely not be completed prior to October 28, 2009, and all parties concur with this request. The parties have already selected December 16, 2009 as the date for mediation should the Court grant this request.

DATED: September 8, 2009            THE BRANDI LAW FIRM


                                    By: /s/ Brian J. Malloy
                                    Brian J. Malloy
                                    Attorneys for Plaintiffs
                                    SACHIKI KATO and YOSHIO KATO


DATED: September 8, 2009            KERN AND WOOLEY LLP


                                    By: /s/ Peter T. Kirchen
                                    Peter Thomas Kirchen
                                    Attorneys for Defendant
                                    CALIFORNIA IN NICE, INC


DATED: September 10, 2009           THE RYAN LAW GROUP


                                    By: /s/ Stephen E. Paffrath
                                    Timothy J. Ryan
                                    Stephen E. Paffrath
                                    Attorneys for Defendant
                                    LYCOMING ENGINES

1  DATED: September 8, 2009          SEDGWICK, DETERT, MORAN & ARNOLD LLP

2

3                                    By: /s/ Gregory C. Read
                                     Gregory C. Read
4                                    Attorneys for Defendant
                                     HAWKER BEECHCRAFT CORPORATION
5

6  DATED: September 10, 2009         MARTIN, PRINGLE, OLIVER, WALLACE
                                     & BAUER, L.L.P.
7

8                                    By: /s/ Michael G. Jones
                                     Michael G. Jones
9                                    Of Counsel for Defendant
10                                   HAWKER BEECHCRAFT CORPORATION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR CONDUCTING MEDIATION

## ORDER

The deadline for conducting mediation is extended up to and including December 31, 2009.

Dated: 9/14/09

The Honorable Jeremy Fogel
United States District Judge