```
 1  Peter T. Kirchen, Esq. (SBN 068538)
    KERN AND WOOLEY LLP
 2  11100 Santa Monica Boulevard
    Los Angeles, California  90025
 3  Telephone: (310) 824-1777
    Facsimile: (310) 824-0892
 4
    Attorneys for Defendant
 5  CALIFORNIA IN NICE, INC.
    dba NICE AIR
 6

 7

 8              UNITED STATES DISTRICT COURT

 9          NORTHERN DISTRICT OF CALIFORNIA , SAN JOSE DIVISION

10
```

| | |
|---|---|
| YOSHIO KATO and SACHIKO KATO, individually and as surviving heirs of decedent, YOSHIYUKI KATO;<br><br>Plaintiffs,<br><br>v.<br><br>HAWKER BEECHCRAFT CORP.; BEECH AIRCRAFT CORP.; RAYTHEON AIRCRAFT COMPANY; LYCOMING ENGINES; CALIFORNIA IN NICE, INC. dba NICE AIR; ALPS INTERNATIONAL EXCHANGE, INC. dba ALPS NICE AIR; ALPS INTERNATIONAL CORP., and DOES 1-200, inclusive,<br><br>Defendants. | CASE NO. C09-00616 JF<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL BY STIPULATION AND [PROPOSED] ORDER**<br><br>**[Local Rules 7-12 and 11-5]**<br><br>Action Filed: December 4, 2008<br><br>Discovery Cutoff: None Set<br>Motion Cutoff: None Set<br>Trial Date: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

    The Law Firm of Kern and Wooley LLP, counsel of record for defendant Nice Air, Inc. in the captioned matter, hereby gives notice of its intention to withdraw as counsel, upon approval of the Court.

    New counsel for Nice Air, Inc. is attorney Randolph S. Hicks, Esq. of the law firm of Coddington Hicks & Danforth, 555 Twin Dolphin Drive, Suite 300, Pacific Dolphin Plaza, Redwood City, CA 94065-2133. Attorney Randolph Hicks will register with the court for e-

335801

filing. All counsel are requested to include Mr. Hicks and his firm for service of all matters in this case.

All counsel of record have been notified of this Notice of Withdrawal. As evidenced by the signature of all counsel below, the parties have no objection to the Notice of Withdrawal.

The parties hereby stipulate that an Order may be entered on shortened time, and waive notice requirements for a motion and hearing.

Proof that this notice has been served on Nice Air, Inc. is included with this notice.

**IT IS SO STIPULATED.**

DATED: September 25, 2005     KERN AND WOOLEY LLP

By: _____
Peter T. Kirchen
Attorneys for Defendant CALIFORNIA IN NICE, INC. dba NICE AIR


DATED: September 24, 2009     SEDGWICK, DETERT, MORAN & ARNOLD, LLP


By: _____
Gregory Charles Read
Attorneys for Defendant HAWKER BEECHCRAFT CORPORATION; BEECH AIRCRAFT CORP.; and RAYTHEON AIRCRAFT COMPANY


DATED: September ___, 2009     THE RYAN LAW GROUP


By: _____
Stephen Paffrath, Esq
Attorneys for Defendant LYCOMING ENGINES

[SIGNATURES CONTINUE]

filing. All counsel are requested to include Mr. Hicks and his firm for service of all matters in this case.

All counsel of record have been notified of this Notice of Withdrawal. As evidenced by the signature of all counsel below, the parties have no objection to the Notice of Withdrawal.

The parties hereby stipulate that an Order may be entered on shortened time, and waive notice requirements for a motion and hearing.

Proof that this notice has been served on Nice Air, Inc. is included with this notice.

**IT IS SO STIPULATED.**

DATED: September ____, 2005        KERN AND WOOLEY LLP

By:_____
Peter T. Kirchen
Attorneys for Defendant CALIFORNIA IN NICE, INC. dba NICE AIR

DATED: September ____, 2009        SEDGWICK, DETERT, MORAN & ARNOLD, LLP

By:_____
Gregory Charles Read
Attorneys for Defendant HAWKER BEECHCRAFT CORPORATION; BEECH AIRCRAFT CORP.; and RAYTHEON AIRCRAFT COMPANY

DATED: September 30, 2009        THE RYAN LAW GROUP

By: /s/ Stephen G. Paffrath
Stephen Paffrath, Esq
Attorneys for Defendant LYCOMING ENGINES

[SIGNATURES CONTINUE]

DATED: September 25, 2009        CODDINGTON HICKS & DANFORTH

                                 By: /s/ Randolph S. Hicks
                                     Randolph S. Hicks.
                                 Attorneys for Defendant CALIFORNIA IN
                                 NICE, INC. dba NICE AIR, INC.


DATED: September ___, 2009       THE BRANDI LAW FIRM


                                 By:_____
                                     Brian Malloy
                                 Attorneys for Plaintiffs YOSHIO KATO
                                 and SACHIKO KATO, Individually and as
                                 surviving heirs of decedent, YOSHIYUKI
                                 KATO


PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 10/6/09                   /s/ Jeremy Fogel
                                 Hon. Jeremy D. Fogel,
                                 United States District Judge

```
1  DATED: September ____, 2009          CODDINGTON HICKS & DANFORTH
2
3                                        By: _____
                                             Randolph S. Hicks.
4                                        Attorneys for Defendant CALIFORNIA IN
                                         NICE, INC. dba NICE AIR, INC.
5
6
7  DATED: September 10, 2009             THE BRANDI LAW FIRM
8                                        By: _Cory Kaufman for_____
9                                            Brian Malloy
                                         Attorneys for Plaintiffs YOSHIO KATO
10                                       and SACHIKO KATO, individually and as
                                         surviving heirs of decedent, YOSHIYUKI
11                                       KATO
12
13
14  PURSUANT TO STIPULATION, IT IS SO ORDERED
15
16  DATED: _____        _____
                                         Hon. Jeremy D. Fogel,
17                                       United States District Judge
```

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 11100 Santa Monica Boulevard, Los Angeles, California 90025.

On October 2, 2009, I served the following document(s) described as **NOTICE OF WITHDRAWAL OF COUNSEL** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED LIST**

☒ **BY MAIL:** I am readily familiar with Kern and Wooley's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. Such document(s) were placed for collection and mailing in a sealed envelope with postage thereon fully prepaid, at Los Angeles, California on this date following ordinary business practices.

☐ **BY OVERNIGHT DELIVERY:** I caused the above-referenced document(s) to be delivered to an authorized courier, in a sealed enveloped or package designated by the overnight service courier, with fees pre-paid for next business-day delivery to the person(s) at the address(es) set forth herein.

☐ **BY TWO-DAY EXPRESS DELIVERY:** I caused the above-referenced document(s) to be delivered to an authorized courier, in a sealed enveloped or package designated by the express service courier, with fees pre-paid for delivery on the second business day to the person(s) at the address(es) set forth herein.

☐ **BY PERSONAL SERVICE:** I delivered such document(s) by hand to the person(s) at the address(es) set forth herein.

☐ **BY FACSIMILE:** By or before 5:00 p.m., I caused said document(s) to be transmitted by facsimile. The number of the sending facsimile machine was (310) 824-0892. The name and facsimile machine number of the person(s) served are set forth herein. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY ELECTRONIC MAIL TRANSMISSION:** I caused a PDF format copy of said document(s) to be transmitted via electronic mail from awalter@kernwooley.com to the person(s) at the e-mail address(es) set forth herein. The transmission was reported as complete and without error.

☒ **BY ELECTRONIC SUBMISSION:** per court order, I submitted said document(s) electronically to CM/ECF to be posted to the website, and notice was given to all parties that the document has been served.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 2, 2009, at Los Angeles, California.

_____
Angela K. Walter

**SERVICE LIST**
Kato et al., v Hawker, et al.
Case No. C09-00616

| | |
|---|---|
| Thomas J. Brandi, Esq.<br>Brian Malloy, Esq.<br>The Brandi Law Firm<br>354 Pine Street, 3rd Floor<br>San Francisco, CA 94104<br><br>Telephone No.: (415) 989-1800<br>Facsimile No.: (415) 989-1801<br>tjb@brandilaw.com | Attorneys for Plaintiffs<br>YOSHIO KATO and SACHIKI KATO,<br>individually and as surviving heirs of<br>decedent Yoshiyuki Kato |
| Mr. Hiro Takai, Director<br>Nice Air, Inc.<br>Reid-Hillview Airport<br>2575 Robert Fowler Way<br>San Jose, California 95148 | Defendant CALIFORNIA IN NICE, INC., dba<br>NICE AIR, INC. |
| Robert Epstein, Esq.<br>Ragghianti Freitas LLP<br>Attorneys at Law<br>8744 Fourth Street, Suite "D"<br>San Rafael, CA 94901-3246<br><br>Telephone No.: (415) 453-9433<br>repstein@rflawllp.com | Mediator |
| Gregory Charles Read, Esq.<br>Sedgwick, Detert, Moran & Arnold, LLP<br>One Market Plaza,<br>Stewart Tower, 8th Floor<br>San Francisco, CA 94105<br><br>Telephone No.: (415) 781-7900<br>Facsimile No.: (415) 781-2365 | Attorneys for Defendant<br>HAWKER BEECHCRAFT<br>CORPORATION; BEECH AIRCRAFT<br>CORP.; and RAYTHEON AIRCRAFT<br>COMPANY |
| Michael Gordon Jones, Esq.<br>Martin, Pringle, Oliver, Wallace, & Bauer, LLP<br>500 Bank of America Center<br>100 North Broadway<br>Wichita, KS 67202<br><br>Telephone No.: (316) 265-9311<br>mgjones@martinpringle.com | Attorneys for Defendants<br>HAWKER BEECHCRAFT CORPORATION;<br>BEECH AIRCRAFT CORP.; and<br>RAYTHEON AIRCRAFT COMPANY |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Stephen Paffrath, Esq.<br>Timothy J. Ryan, Esq.<br>The Ryan Law Group<br>2379 Gateway Oaks Drive<br>Suite 100<br>Sacramento, CA 95833<br><br>Telephone No.:  (916) 924-1912<br>Facsimile No.:    (916) 923-3872<br>tryan@ryanlg.com | Attorneys for Defendant<br>LYCOMING ENGINES |
| 7<br>8<br>9<br>10<br>11<br>12 | Randolph S. Hicks, Esq.<br>Coddington Hicks & Danforth<br>555 Twin Dolphin Drive, Suite 300<br>Redwood City, CA 94065-2133<br><br>Telephone No.:  (650) 592-5400<br>Facsimile No.:    (650) 592-5027<br>rhicks@chdlawyers.com | Attorneys for Defendant<br>CALIFORNIA IN NICE, INC. dba NIC AIR, INC. |
| 13 | | Alps International Exchange, Inc. |
| 14 | | Alps International Corp. |

KERN AND WOOLEY LLP

335801

NOTICE OF WITHDRAWAL OF COUNSEL
Case No. C09-00616 JF