**\*\*E-Filed 10/15/2009\*\***

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| YOSHIO KATO, et al., <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>HAWKER BEECHCRAFT CORPORATION, et al., <br><br>　　　　　　Defendants. | Case Number C 09-616 JF (RS) <br><br> ORDER[1] VACATING HEARING AND GRANTING MOTION FOR SUMMARY JUDGMENT <br><br> [docket entry no. 46 ] |

    Defendant Hawker Beechcraft Corporation ("Hawker") moves for summary judgment pursuant to the General Aviation Revitalization Act. The motion is unopposed. The Court has reviewed the moving papers, including the memorandum of points and authorities and the supporting declarations of Dallas Doty and Gregory Read. For good cause shown, the motion will be GRANTED. The hearing set for October 23, 2009 is VACATED.

---

    [1] This disposition is not designated for publication in the official reports.

Case No. C 09-616 JF (RS)
ORDER VACATING HEARING AND GRANTING MOTION FOR SUMMARY JUDGMENT
(JFLC2)

| | |
|---|---|
|1| IT IS SO ORDERED.|
|2| |
|3|DATED: 10/15/2009|
|4| |
|5| JEREMY FOGEL<br>United States District Judge |

Case No. C 09-616 JF (RS)
ORDER VACATING HEARING AND GRANTING MOTION FOR SUMMARY JUDGMENT
(JFLC2)

Copies of Order served on:

Brian J. Malloy      bjm@brandilaw.com

Gregory Charles Read      gregory.read@sdma.com, amanda.henderson@sdma.com, mgjones@martinpringle.com

Michael Gordon Jones      mgjones@martinpringle.com, clsmith@martinpringle.com

Peter Thomas Kirchen      pkirchen@kernwooley.com

Rebekka R. Martorano      rmartorano@ryanlg.com, amolander@ryanlg.com, amoriguchi@ryanlg.com, chubert@ryanlg.com, spaffrath@ryanlg.com, tryan@ryanlg.com

Stephen Edward Paffrath      spaffrath@ryanlg.com, spaffrath@ryanlg.com

Terrance D. Edwards      tde@brandilaw.com

Thomas J. Brandi      tjb@brandilaw.com

Timothy John Ryan      tryan@ryanlg.com, amolander@ryanlg.com, amoriguchi@ryanlg.com, chubert@ryanlg.com, rmartorano@ryanlg.com, spaffrath@ryanlg.com