SEDGWICK, DETERT, MORAN & ARNOLD LLP
GREGORY C. READ  Bar No. 49713
gregory.read@sdma.com
MICHAEL L. FOX  Bar No. 173355
michael.fox@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

MARTIN, PRINGLE, OLIVER, WALLACE & BAUER, L.L.P.
Michael G. Jones, Admitted *Pro Hac Vice*
mgjones@martinpringle.com
500 Bank of America Center
100 N. Broadway
Wichita, Kansas 67202
Telephone: (316) 265-9311
Facsimile:  (316) 265-2955

Attorneys for Defendant
HAWKER BEECHCRAFT CORPORATION,
fka Raytheon Aircraft Company and Beech Aircraft

\*\*E-Filed 10/28/2009\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YOSHIO KATO and SACHIKO KATO, individually and as surviving heirs of decedent, YOSHIYUKI KATO,<br><br>  Plaintiffs,<br><br>  v.<br><br>HAWKER BEECHCRAFT CORP., BEECH AIRCRAFT CORP., RAYTHEON AIRCRAFT COMPANY, LYCOMING ENGINES, CALIFORNIA IN NICE, INC., dba NICE AIR, ALPS INTERNATIONAL EXCHANGE, INC., dba ALPS NICE AIR; ALPS INTERNATIONAL CORP., and DOES 1-200, inclusive,<br><br>  Defendants. | CASE NO. C09-00616 JF<br><br>PARTIAL<br>**[PROPOSED] JUDGMENT** |

**JUDGMENT**

In accordance with the Court's order of October 15, 2009, judgment shall be entered in favor of Defendant Hawker Beechcraft Corporation and against Plaintiffs Yoshio Kato and Sachiko Kato, individually and as surviving heirs of decedent, Yoshiyuki Kato, with each party to bear their own costs. The Court has determined that there is no just cause for delay.

IT IS SO ORDERED.

DATE: 10/28/2009

_____
HONORABLE JEREMY FOGEL

SEDGWICK
DETERT, MORAN & ARNOLD LLP