THE BRANDI LAW FIRM
THOMAS J. BRANDI #53208
BRIAN J. MALLOY #234882
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 989-1801

Attorneys for Plaintiffs
YOSHIO KATO and SACHIKO KATO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YOSHIO KATO and SACHIKO KATO, individually and as surviving heirs of decedent, YOSHIYUKI KATO;<br><br>Plaintiffs,<br><br>v.<br><br>HAWKER BEECHCRAFT CORP.; BEECH AIRCRAFT CORP.; RAYTHEON AIRCRAFT COMPANY; AVCO CORPORATION, including its LYCOMING ENGINES division; CALIFORNIA IN NICE, INC. dba NICE AIR, Alps International Exchange, Inc. dba Alps Nice Air; Alps International Corp., and DOES 1-200, inclusive,<br><br>Defendants. | Case No. C09 00616 JF<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING AVCO CORPORATION, INCLUDING ITS LYCOMING ENGINES DIVISION WITH PREJUDICE** |

1

STIPULATION AND [PROPOSED] ORDER DISMISSING AVCO CORPORATION, INCLUDING ITS
LYCOMING ENGINES DIVISION WITH PREJUDICE - Case No. C09 00616 JF

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs YOSHIO KATO and SACHIKO KATO and Defendant AVCO CORPORATION, including its LYCOMING ENGINES division, hereby stipulate and agree that AVCO CORPORATION, including its LYCOMING ENGINES division be dismissed with prejudice from this action, Case No. Case No. C09 00616 JF, with the parties bearing their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: November 9, 2009                THE BRANDI LAW FIRM


By: /s/ Brian J. Malloy
    Brian J. Malloy
    Attorneys for Plaintiffs
    SACHIKI KATO and YOSHIO KATO


DATED: November 9, 2009                THE RYAN LAW GROUP


By: /s/ Stephen Paffrath
Stephen Paffrath
Attorneys for Defendant
AVCO CORPORATION, including its
LYCOMING ENGINES division

---

2

STIPULATION AND [PROPOSED] ORDER DISMISSING AVCO CORPORATION, INCLUDING ITS LYCOMING ENGINES DIVISION WITH PREJUDICE - Case No. C09 00616 JF

**IT IS SO ORDERED.**

Date: 11/12/09

_____
Hon. Jeremy Fogel
United States District Judge
United States District Court
Northern District of California