UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| YOSHIO KATO, et al.,<br>    Plaintiffs, | No. C 09-0616 JF |
| v. | |
| HAWKER BEECHCRAFT CORPORATION, et al.,<br>    Defendants.<br>_____/ | |
| HARUKO MIYATA, et al.,<br>    Plaintiffs, | No. C 09-1148 JF |
| v. | **ORDER GRANTING REQUEST TO BE EXCUSED FROM PERSONALLY ATTENDING MEDIATION SESSION** |
| CALIFORNIA IN NICE, INC., et al.,<br>    Defendants.<br>_____/ | |
| | Date:   January 28, 2010<br>Mediator:  Eric Danoff |

IT IS HEREBY ORDERED that plaintiffs, and the representative of XL Specialty Insurance Company, and each of them, are excused from having personally to attend the January 28, 2010 mediation to be conducted by mediator Eric Danoff. In lieu of being available to Mr. Danoff on telephone standby, plaintiffs' attorneys shall attend the mediation and will have the authority to

///

negotiate settlements subject to plaintiffs' final approval to be given by faxed signatures within seventy-two hours.

IT IS SO ORDERED.

<u>January 7, 2010</u>　　　　　　　By:　　*Elizabeth D. Laporte*
Dated　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge