Richard G. Grotch, Esq. - SBN 127713
Alisha A. Beltramo, Esq. - SBN 267423
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Tel. (650) 592-5400
Fax. (650) 592-5027
E-mail: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
CALIFORNIA IN NICE, INC.

*E-FILED 07-15-2010*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOSHIO KATO, individually and as surviving heirs of decedent, Yoshiyuki Kato, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>HAWKER BEECHCRAFT CORPORATION, BEECH AIRCRAFT CORPORATION, et al.,<br><br>        Defendants.<br>_____ /<br>HARUKO MIYATA, Individually, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>CALIFORNIA IN NICE, INC., (d.b.a. NICE AIR), et al.,<br><br>        Defendants.<br>_____ / | No. C 09-0616 JF (HRL)<br><br><br><br><br><br><br><br><br><br>No. C 09-1148 JF (HRL)<br><br>STIPULATED PROTECTIVE ORDER |

///

///

///

///

Stipulated Protective Order
C 09-0616 JF (HRL) / C 09-1148 JF (HRL)

1    WHEREAS solely for the purpose of attempting to compromise, settle, or resolve, in whole or in part, the litigation arising out of the December 18, 2006 accident, involving a Beech D95A (U.S. Registration N144PG), defendant CALIFORNIA IN NICE, INC., d/b/a "Nice Air" (hereinafter "Nice Air") agrees to disclose to the plaintiffs in the captioned litigation, and to their counsel of record, certain financial information which Nice Air contends is confidential and proprietary (hereinafter "Protected Material"); and

WHEREAS Nice Air makes these disclosures without prejudice to its position that the Protected Material is confidential and proprietary and without prejudice to its position as to the inadmissibility of the Protected Material in future proceedings in the litigation; and

WHEREAS Nice Air will disclose certain Protected Material, but only in reliance upon this express agreement of the plaintiffs and their counsel of record that the disclosed Protected Material will be used solely and exclusively in connection with these related cases and solely for the purpose of attempting to settle this litigation; and

WHEREAS plaintiffs' agreement to this limitation on the use of Protected Material is without prejudice to their rights to seek a modification of this agreement, either by stipulation or by Court order upon a showing of good cause; and

WHEREAS when the litigation has been terminated, plaintiffs and their counsel will, within 60 days after the final termination of this action, return all Protected Material to counsel of record for Nice Air.  With the permission in writing from Nice Air or its counsel of record, plaintiffs and their attorneys may destroy some or all of the Protected Material instead of returning it.  Whether the Protected Material is returned or destroyed, plaintiffs and the counsel must submit a written certification to Nice Air, by the 60 day deadline, that identifies (by category, where appropriate) all the Protected Material that was returned or destroyed and that affirms that no copies, abstracts, compilations, summaries or other forms of reproducing or capturing any of the Protected Material have been retained; and

///

///

1

Stipulated Protective Order
C 09-0616 JF (HRL) / C 09-1148 JF (HRL)

CODDINGTON, HICKS
& DANFORTH

1  WHEREAS unless otherwise ordered by the court or permitted in writing by Nice Air or its counsel of record, plaintiffs and their counsel of record may disclose any information or item designated by Nice Air as CONFIDENTIAL only to:

    (a)  plaintiffs' Counsel of record in this action, as well as employees of said Counsel to whom it is reasonably necessary to disclose the information for this litigation; and

    (b)  plaintiffs' experts to whom disclosure is reasonably necessary for purposes of attempting to compromise, settle, or resolve the litigation, in whole or in part; and

WHEREAS if timely corrected, an inadvertent failure to designate qualified information or items as "Confidential" does not, standing alone, waive Nice Air's right to secure protection under this Stipulation and Order for such material. If material is appropriately designated as "Confidential" after the material was initially produced, plaintiffs and their counsel of record, on timely notification of the designation, must make reasonable efforts to assure that the material is treated in accordance with the provisions of this Stipulation and Order; and

WHEREAS nothing in this Stipulation abridges the right of any person to seek its modification by the Court in the future.

IT IS SO STIPULATED.

Dated: July 13, 2010           THE BRANDI LAW FIRM

                                                  /s/   *Brian J. Malloy*

                                        By:_____
                                              Brian J. Malloy
                                              Attorneys for Plaintiffs
                                              Yoshio Kato and Sachiko Kato

Dated: July 13, 2010           MARSHALL SUZUKI LAW GROUP

                                                  /s/   *Shinichi Mac Nozaki*

                                        By:_____
                                              Shinichi Mac Nozaki
                                              Attorneys for Plaintiffs
                                              Haruko Miyata and Keigo Miyata

Dated: July 13, 2010                    LAW OFFICES OF SCOTT H. WECHSLER

                                        /s/    *Scott H. Wechsler*
                                        By:_____
                                           Scott H. Wechsler
                                           Attorneys for Plaintiffs
                                           Haruko Miyata and Keigo Miyata


Dated: July 13, 2010                    CODDINGTON, HICKS & DANFORTH

                                        /s/    *Richard G. Grotch*
                                        By:_____
                                           Richard G. Grotch (*)
                                           Alisha A. Beltramo
                                           Attorneys for Defendant
                                           California in Nice, Inc.

(*)   I hereby attest that I have on file all holograph signatures
      for any signatures indicated by a "conformed" signature (/s/)
      within this e-filed document.

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. **For a period of six months after the final termination of these actions, this court will retain jurisdiction to enforce the** ~~Dated: March __, 2010~~ **terms of this order.**

_____
Honorable Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE

3