**\*\* E-filed December 10, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YOSHIO KATO, et al., | No. C09-00616 HRL |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' REQUEST TO APPEAR BY TELEPHONE** |
| v. | |
| HAWKER BEECHCRAFT CORP., et al., | [Re: Docket No. 87] |
| Defendants. | |

Having considered Plaintiffs' counsel's request to appear by telephone at the hearing on Plaintiffs' motion to compel discovery responses set for December 14, 2010 at 10:00 a.m., and good cause appearing, the Court grants the request. Mr. Malloy shall initiate the call to the court via CourtCall at (866) 582-6878 just prior to the time appointed for the conference.

**IT IS SO ORDERED.**

Dated: December 10, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C09-00616 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Brian J. Malloy | bjm@brandilaw.com |
| Gregory Charles Read | gregory.read@sdma.com, amanda.henderson@sdma.com, laura.flood@sdma.com, mgjones@martinpringle.com |
| Michael Gordon Jones | mgjones@martinpringle.com, clsmith@martinpringle.com |
| Randolph S. Hicks | rhicks@chdlawyers.com, csinclaire@chdlawyers.com |
| Rebekka R. Martorano | rmartorano@ryanlg.com, amolander@ryanlg.com, amoriguchi@ryanlg.com, chubert@ryanlg.com, spaffrath@ryanlg.com, tryan@ryanlg.com |
| Richard Grotch | rgrotch@chdlawyers.com |
| Stephen Edward Paffrath | spaffrath@ryanlg.com, spaffrath@ryanlg.com |
| Terence D. Edwards | tde@brandilaw.com |
| Thomas J. Brandi | tjb@brandilaw.com |
| Timothy John Ryan | tryan@ryanlg.com, amolander@ryanlg.com, amoriguchi@ryanlg.com, chubert@ryanlg.com, rmartorano@ryanlg.com, spaffrath@ryanlg.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**