1  Richard G. Grotch, Esq. - SBN 127713
   **CODDINGTON, HICKS & DANFORTH**
2  **A Professional Corporation, Lawyers**
   555 Twin Dolphin Drive, Suite 300
3  Redwood City, California 94065-2133
   Tel. (650) 592-5400
4  Fax.(650) 592-5027
   E-mail: rgrotch@chdlawyers.com
5
   **ATTORNEYS FOR** Defendant
6  CALIFORNIA IN NICE, INC., d/b/a NICE AIR

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFOERNIA

10                           (San Jose Branch)

11

12 YOSHIO KATO, individually and as surviving      No. C 09-0616 JF (HRL)
   heirs of decedent, Yoshiyuki Kato, et al.,
13           Plaintiffs,                           STIPULATION AND [PROPOSED]
                                                   ORDER OF DISMISSAL
14 vs.

15 HAWKER BEECHCRAFT CORPORATION,
   BEECH AIRCRAFT CORPORATION, et al.,
16
           Defendants.
17 _____/

18       IT IS HEREBY STIPULATED, by and between the parties to this action, through their

19 respective attorneys of record, that this entire action be, and hereby is dismissed with prejudice

20 pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

21       SO STIPULATED.

22 Dated: March 12, 2011                          THE BRANDI LAW FIRM

23

24                                                /s/ *Brian J. Malloy*

25                                           By:_____
                                                  Brian J. Malloy
26                                                Attorneys for Plaintiffs
                                                  Yoshio Kato and Sachiko Kato
27 ///

28 ///

---

Stipulation and [Proposed] Order of Dismissal

1 | Dated: March 22, 2011          CODDINGTON, HICKS & DANFORTH

/s/ *Richard G. Grotch*

By: _____
      Richard G. Grotch (*)
      Attorneys for Defendant
      California In Nice, Inc.

(*) I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: ~~March~~ April 4, 2011

_____
Honorable Jeremy Fogel
United States District Judge

**CODDINGTON, HICKS & DANFORTH**
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

2

Stipulation and [Proposed] Order of Dismissal